<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 12-2518**

─────────────

MARTHA BI KUM EPSE ZIE BANG,

               Petitioner,

     v.

ERIC H. HOLDER, JR., Attorney General,

               Respondent.

─────────────

On Petition for Review of an Order of the Board of Immigration Appeals.

─────────────

Submitted: August 8, 2013        Decided: August 21, 2013

─────────────

Before SHEDD and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

─────────────

Petition denied by unpublished per curiam opinion.

─────────────

Peter T. Ndikum, Silver Spring, Maryland, for Petitioner. Stuart F. Delery, Acting Assistant Attorney General, Anh-Thu P. Mai-Windle, Senior Litigation Counsel, Thomas B. Fatouros, Senior Litigation Counsel, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Martha Bi Kum Epse Zie Bang, a native and citizen of Cameroon, petitions for review of an order of the Board of Immigration Appeals ("Board") dismissing her appeal from the immigration judge's denial of her applications for asylum, withholding of removal and withholding under the Convention Against Torture. We have thoroughly reviewed the record, including the transcript, and Bang's supporting affidavits and evidence. We conclude that the record evidence does not compel a ruling contrary to any of the administrative findings of fact, see 8 U.S.C. § 1252(b)(4)(B) (2006), and that substantial evidence supports the Board's decision. See INS v. Elias-Zacarias, 502 U.S. 478, 481 (1992).

Accordingly, we deny the petition for review for the reasons stated by the Board. See In re: Martha Bi Kum Epse Zie Bang (B.I.A. Nov. 20, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED

2